| | |
|---|---|
| 1 | LYON LAW PC |
| | Geoffrey C. Lyon (SBN 132747) |
| 2 | glyon@lyonlawyer.com |
| | 3605 Long Beach Blvd., Suite 311 |
| 3 | Long Beach, CA  90807 |
| | Telephone:   (310) 818-7700 |
| 4 | Facsimile:    (424) 832-7405 |
| 5 | Attorney for Plaintiff |
| | ADAM ALBARRAN |
| 6 | |
| 7 | SEYFARTH SHAW LLP |
| | Jonathan L. Brophy (SBN 245223) |
| 8 | jbrophy@seyfarth.com |
| | David Rosenberg (SBN 292094) |
| 9 | drosenberg@seyfarth.com |
| | Sofya Perelshteyn (SBN 320931) |
| 10 | sperelshteyn@seyfarth.com |
| | 2029 Century Park East, Suite 3500 |
| 11 | Los Angeles, California 90067-3021 |
| | Telephone:   (310) 277-7200 |
| 12 | Facsimile:    (310) 201-5219 |
| 13 | Attorneys for Defendant |
| | US FOODS, INC. (dba U.S. FOODSERVICE, INC.) |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM ALBARRAN, | Case No. 2:21-cv-04556-SVW-JEM |
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT, PURSUANT TO LOCAL RULE 16-15.7, AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |
| v. | |
| US FOODS. INC. dba U.S. FOODSERVICE, INC.; and DOES 1 to 10, | |
| Defendants. | |
| | Complaint Filed:   April 16, 2021 |
| | Trial Date:             November 30, 2021 |

NOTICE OF SETTLEMENT

76331901v.2

**TO THE CLERK OF THE COURT:**

**PLEASE TAKE NOTICE THAT** pursuant to Central District of California Local Rule 16-15.7, Plaintiff Adam Albarran ("Plaintiff") and Defendant US Foods, Inc. ("Defendant," and together with Plaintiff, collectively the "Parties"), by and through their respective counsel of record, have executed a confidential settlement agreement.

The Parties anticipate filing a Joint Stipulation for Dismissal with Prejudice of the entire action, pursuant to Federal Rule of Civil Procedure 41, within the next 45 days.

In light of the Parties' agreement to settle this action, the Parties respectfully request that the Court vacate all dates currently set so that the Parties may complete the conditions precedent before filing the Joint Stipulation For Dismissal.

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Sofya Perelshteyn, certify that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: October 19, 2021    LYON LAW PC

By: */s/ Geoffrey C. Lyon*
Geoffrey C. Lyon
Attorney for Plaintiff
ADAM ALBARRAN

DATED: October 19, 2021    SEYFARTH SHAW LLP

By: */s/ Sofya Perelshteyn*
Jonathan L. Brophy
David Rosenberg
Sofya Perelshteyn
Attorneys for Defendant
US FOODS, INC. (dba U.S. FOODSERVICE, INC.)