LYON LAW PC
Geoffrey C. Lyon (SBN 132747)
glyon@lyonlawyer.com
3605 Long Beach Blvd., Suite 311
Long Beach, CA 90807
Telephone: (310) 818-7700
Facsimile: (424) 832-7405

Attorney for Plaintiff
ADAM ALBARRAN

SEYFARTH SHAW LLP
Jonathan L. Brophy (SBN 245223)
jbrophy@seyfarth.com
David Rosenberg (SBN 292094)
drosenberg@seyfarth.com
Sofya Perelshteyn (SBN 320931)
sperelshteyn@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
US FOODS, INC. (dba U.S. FOODSERVICE, INC.)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM ALBARRAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>US FOODS. INC. dba U.S. FOODSERVICE, INC.; and DOES 1 to 10,<br><br>　　　　　Defendants. | Case No. 2:21-cv-04556-SVW-JEM<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)-(B)**<br><br><br>Complaint Filed: April 16, 2021<br>Trial Date: November 30, 2021 |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

76500083v.1

**TO THE CLERK OF THE COURT:**

Plaintiff Adam Albarran, and Defendant US Foods, Inc. (dba U.S. Foodservice, Inc.), by and through their respective counsel of record, hereby submit this Joint Stipulation of Dismissal with Prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)-(B). Each party shall bear its own fees and costs.

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Sofya Perelshteyn, certify that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: November 19, 2021          LYON LAW PC

By: */s/ Geoffrey C. Lyon*
Geoffrey C. Lyon
Attorney for Plaintiff
ADAM ALBARRAN

DATED: November 19, 2021          SEYFARTH SHAW LLP

By:
Jonathan L. Brophy
David Rosenberg
Sofya Perelshteyn
Attorneys for Defendant
US FOODS, INC. (dba U.S. FOODSERVICE, INC.)

---

1
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

76500083v.1