1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM ALBARRAN,<br><br>           Plaintiff,<br><br>   v.<br><br>US FOODS. INC. dba U.S.<br>FOODSERVICE, INC.; and DOES l to 10,<br><br>          Defendants. | Case No. 2:21-cv-04556-SVW-JEM<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)-(B)**<br><br><br><br>Complaint Filed:   April 16, 2021<br>Trial Date:        November 30, 2021 |

[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
76500253v.1

1

**[PROPOSED] ORDER**

2      In consideration of the Parties' Joint Stipulation of Dismissal With Prejudice

3   pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)-(B), and for good cause shown,

4   it is hereby ordered that the above-captioned lawsuit is DISMISSED IN ITS ENTIRETY

5   WITH PREJUDICE.  Each party will bear its own fees and costs.

6      **IT IS SO ORDERED.**

7

8   DATED: _____, 2021

9                                             Honorable Stephen V. Wilson
                                              UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
76500253v.1